UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GENE BADGER, JOHN LOVE, MARVIN
EVANS, SID BANACK, JOHN WILLIS,
ALL ON BEHALF OF THEMSELVES AND
ALL OTHERS SIMILARLY SITUATED,

                **Plaintiffs,**

-vs-                                               Case No. 6:06-cv-637-Orl-28KRS

SOUTHERN FARM BUREAU LIFE
INSURANCE COMPANY,

                **Defendant.**

## ORDER

This cause is before the Court on Plaintiffs' Objections (Doc. 49) to the magistrate judge's Report and Recommendation, which recommended that Plaintiffs' Motion for Class Certification be denied. Also before the Court is Plaintiffs' Motion for Leave to Amend the Class Action Complaint and the Verified Derivative Complaint (Doc. 51), and Defendant's Response thereto (Doc. 53). While Defendant does not oppose Plaintiffs' request to amend the Verified Derivative Complaint, Defendant does oppose amendment of the Class Action Complaint as futile because of Plaintiffs' lack of standing.

Upon consideration of the Report and Recommendation, Plaintiffs' Objections, and Defendant's Response (Doc.52), the Report and Recommendation (Doc. 46) is **ADOPTED** and **CONFIRMED**. Plaintiffs' Motion for Class Certification (Doc. 38) is **DENIED**. Plaintiffs' Class Action Complaint (Doc. 1) is **DISMISSED**. Plaintiffs have ten (10) days to file an

Amended Class Action Complaint containing facts sufficient to establish their standing to maintain this action. Plaintiffs' Motion to Amend (Doc. 51) is **GRANTED** as to the Verified Derivative Complaint as unopposed; it is also **GRANTED** as to the Class Action Complaint to the extent Plaintiffs are able to also establish standing.

      **DONE** and **ORDERED** in Orlando, Florida this _25_ day of April, 2008.

                                              JOHN ANTOON II
                                              United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party