**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**GENE BADGER, JOHN LOVE,**
**MARVIN EVANS, SID BANACK**
**and JOHN WILLIS, derivatively on behalf**
**of Plaintiffs' Shareholders Corporation,**

    **Plaintiffs,**

v.                                        **CASE NO. 6:06-CV-00637-ORL-35KRS**

**SOUTHERN FARM BUREAU LIFE**
**INSURANCE CO.,**

    **Defendant.**
_____/

**O R D E R**

**THIS CAUSE** comes before the Court for consideration of Defendant Southern Farm Bureau Life Insurance Company's Motion to Stay Execution of Judgment and for Approval of Bond (Docket No. 231), filed on May 21, 2009, as well as Plaintiffs' Motion to Alter Judgment or Amend the Final Judgment for the Imposition of Prejudgment Interest (Docket No. 232), also filed on May 21, 2009.

As to Plaintiffs' motion (Docket No. 232), Plaintiffs are hereby **ORDERED** to file a reply to Defendant's response addressing *solely* the question of whether Plaintiffs waived their right to seek prejudgment interest in this case as argued in Defendant's response. The reply shall be no longer than **five (5) pages** in length and shall be filed within **ten (10) days** from the date of this Order. No surreply will be accepted for filing absent *sua sponte* Order of the Court.

As to Defendant's motion (Docket No. 231), pursuant to Federal Rule of Civil Procedure 62(d), the Court hereby **APPROVES** the terms of the supersedeas bond as presented in Exhibit A to Defendant's motion and stipulated to by the parties and **GRANTS** Defendant's request to stay execution of the judgment in this case until further order of this Court upon motion by the Plaintiffs. However, and significantly, this Order is subject to the outcome of Plaintiffs' motion requesting prejudgment interest (Docket No. 232). Should the motion requesting prejudgment interest be resolved in Plaintiffs' favor, upon Plaintiffs' request, the supersedeas bond may need to be augmented to include Plaintiffs' award of prejudgment interest and the stay may be lifted should Defendant be unable or unwilling to increase the amount of the bond.

**DONE and ORDERED** in Orlando, Florida, on this 29th day of July 2009.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies Furnished To:
Counsel of Record
Any Unrepresented Party